JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE C. C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[2] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 20-04283 FMO (PVC) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED and this action is dismissed with prejudice.

DATED: January 18, 2022

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

[1]  The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2]  Kilolo Kijakazi, the Acting Commissioner of Social Security, is hereby substituted for Andrew M. Saul, her predecessor, originally named in the complaint. *See* 42 U.SC. § 405(g); Fed. R. Civ. P. 25(d).